UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 5:22-cr-50141 |
| Plaintiff, | |
| vs. | ORDER SEALING CASE |
| GARY HECKEL, | |
| Defendant. | |

Upon motion of the United States and good cause having been shown, it is hereby

ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(4), that the case in the above-entitled matter be sealed until such time as the defendant is charged therein is arrested, or until it is otherwise ordered unsealed.

IT IS FURTHER ORDERED that this Order and the United States' Motion to Seal are sealed until the case is unsealed by operation of the arrest of the defendant or otherwise ordered unsealed.

Dated this 18th day of August, 2022.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge