# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

Daneta Wollmann United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SC | Court Reporter – FTR |
| Courtroom - RC #2 | Date: September 6, 2022 |
| U.S. Probation Officer – Nikole Miller | |

5:22-cr-50141-01

| | |
|---|---|
| United States of America | Heather Sazama |
| Plaintiff, | |
| vs. | |
| Gary Heckel | Ellie Bastian |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 2:00 p.m.
TIME:

2:06 p.m.   Enter <u>initial appearance, arraignment, and detention hearing</u> before the Honorable Daneta Wollmann.

The Court notes the appearance of counsel. The defendant is present in custody. The defendant informed of his rights, the allegations against him, and the maximum possible penalties.

A financial affidavit has been executed and filed with the Court.
The Court takes the matter under advisement.

Comes now, Gary Heckel, and enters a plea of not guilty to the charges contained in the Indictment.

Ms. Sazama requests detention.
Jesse Fagerland affirmed as a witness on behalf of the United States.
    Direct examination by Ms. Sazama.
    Cross examination by Ms. Bastian.

The Court takes the matter under advisement.

2:37 p.m.   Court is adjourned.