UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>GARY HECKEL,<br><br>          Defendant. | Case No.: 22-50141<br><br>**STIPULATION FOR ENTRY OF STANDING DISCOVERY ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that the Court may enter its standard discovery order pursuant to D.S.D. Crim. LR 16.1 concerning the handling and disposition of discovery materials turned over to the defense.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the above-named defendant and counsel for the United States of America that they have read and acknowledge D.S.D. Crim. LR 57.10 concerning access to criminal documents and transcripts.

United States Attorney

9/6/2022
Date

Signature: *Heather Sazama*

Printed Name: HEATHER SAZAMA

Attorney for Defendant

9/6/22
Date

Signature: *Ellie Bastian*

Printed Name: ELLIE BASTIAN