AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gary Heckel, | ) Case No. | 5:22-cr-50141 |
| | ) | |
| Defendant | ) | |

*Received U.S. Marshals Rapid City, SD — 2022 AUG 18 PM 4:20*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Gary Heckel                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography         18 U.S.C. § 2252A(a)(2)(A)

Possession of Child Pornography      18 U.S.C. § 2252A(a)(5)(B)

Date:    08/18/2022                                          _/s/ Matthew Thelen_
                                                              *Issuing officer's signature*

City and state:    Rapid City, South Dakota              Matthew Thelen, Clerk of Court
                                                              *Printed name and title*

### Return

This warrant was received on *(date)* 8/18/22 , and the person was arrested on *(date)* 9/6/22
at *(city and state)* Rapid City, SD .

Date: 9/6/2022                                            _/s/ Jamie Hartland_
                                                              *Arresting officer's signature*

                                                              Jamie Hartland USM
                                                              *Printed name and title*

CC: USM-slt