UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| GARY HECKEL, | |
| Defendant. | |

_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters her appearance as counsel in this case for the Defendant, Gary Heckel.

Dated this 9th day of September, 2022.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 */s/ Ellie Bastian*
Ellie Bastian, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
655 Omaha Street, Suite 100
Rapid City, SD 57701
Telephone: 605-343-5110 Facsimile: 605-343-1498
Filinguser_SDND@fd.org