UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | |
| vs. | REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 404(b) |
| GARY HECKEL, | |
| Defendant. | |

_____

The Defendant above-named, Gary Heckel, by and through his undersigned attorney, Assistant Federal Public Defender Ellie Bastian requests that the U.S. Attorney provide the undersigned with the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of FED. R. EVID. 404(b), sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 9th day of September, 2022.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:
        */s/ Ellie Bastian*
        Ellie Bastian, Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        655 Omaha Street, Suite 100
        Rapid City, SD 57701
        Telephone: 605-343-5110; Facsimile: 605-343-1498
        filinguser_SDND@fd.org