UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GARY HECKEL,<br><br>        Defendant. | CR 22-50141<br><br>REQUEST FOR NOTICE<br>PURSUANT TO Fed. R. Evid. 609(b) |

      The Defendant above-named, Gary Heckel, by and through his undersigned attorney, Assistant Federal Public Defender Ellie Bastian, requests that the U.S. Attorney provide the undersigned with notice, pursuant to Fed. R. Evid. 609(b), of any conviction or convictions with respect to which a period of more than ten (10) years has elapsed since the date of the conviction, which the United States intends to offer at trial for the purpose of attacking the credibility of the Defendant or any witness, sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any conviction or convictions subject to the requirements of Fed. R. Evid. 609 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 9th day of September, 2022.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>
> /s/ *Ellie Bastian*
>Ellie Bastian, Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>655 Omaha Street, Suite 100
>Rapid City, SD 57701
>Telephone: 605-343-5110; Facsimile: 605-343-1498
>filinguser_SDND@fd.org