UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | |
| vs. | REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 807(b) |
| GARY HECKEL, | |
| Defendant. | |

---

The Defendant above-named, Gary Heckel, by and through his undersigned attorney, Assistant Federal Public Defender Ellie Bastian, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 807(b), of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Rule 807 of the Federal Rules of Evidence sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any evidence subject to the requirements of FED. R. EVID. 807 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

Dated this 9th day of September, 2022.

                Respectfully submitted,

                JASON J. TUPMAN
                Federal Public Defender
                By:

                */s/ Ellie Bastian*
                Ellie Bastian, Assistant Federal Public Defender
                Attorney for Defendant
                Office of the Federal Public Defender
                Districts of South Dakota and North Dakota
                655 Omaha Street, Suite 100
                Rapid City, SD 57701
                Telephone: 605-343-5110; Facsimile: 605-343-1498
                filinguser_SDND@fd.org