IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>GARY HECKEL,<br><br>  Defendant. | Cr. No. 22-50141<br><br>FIRST UNOPPOSED MOTION TO CONTINUE TRIAL AND ALL RELATED PRETRIAL DEADLINES |

Comes now Gary Heckel, by and through his attorney Ellie Bastian, Assistant Federal Public Defender, and moves the Court for its Order extending the trial setting of November 15, 2022, by at least thirty (30) days, as well as all related pretrial deadlines.

As grounds, Defendant states:

1. Defendant made his initial appearance and was arraigned on September 6, 2022, on an Indictment, charging the Defendant with Receipt of Child Pornography, in violation of 18 U.S.C. Section 2252A(a)(2)(A) and Possession of Child Pornography, in violation of 18 U.S.C. Section 2252A(a)(5)(B).

2. The Court entered its Scheduling and Case Management Order on September 14, 2022, setting the jury trial for November 15, 2022.

3. This is a new case, and defense counsel has not had sufficient time to properly investigate this matter and prepare for trial. Additional investigative work is necessary before defense counsel can competently advise the Defendant if a plea agreement or trial is in his best interests.

4. Defense counsel has advised the Defendant of this motion, its purpose, and his constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161 *et seq.* Consent to the continuance will be filed once it has been returned by Defendant.

5. Defendant is currently detained.

6. **The Government, through Assistant U.S. Attorney Heather Sazama, does not object to this motion.**

7. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Gary Heckel, requests that the Court continue the trial setting to a time at least thirty (30) days past November 15, 2022, and further, that the suppression motion, voluntariness motion, and all related pretrial deadlines be continued.

Dated this 19th day of October, 2022.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 */s/ Ellie Bastian*
Ellie Bastian, Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
655 Omaha Street, Suite 100
Rapid City, SD 57701
Telephone: 605-343-5110 Facsimile: 605-343-1498
filinguser_SDND@fd.org