IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY HECKEL,<br><br>Defendant. | Cr. No. 22-50141<br><br>DEFENDANT'S UNOPPOSED MOTION TO TRANSFER EVIDENCE FOR DEFENSE REVIEW |

Comes Now Gary Heckel, through his attorney, Ellie Bastian, and moves this Court to enter an Order directing the United States Attorney's Office for the District of South Dakota, along with relevant law enforcement agencies, to transfer or cause to be transferred all digital discovery materials in this case, including but not limited to imaged copies of digital evidence alleged to contain child exploitative material to the Sioux Falls branch office of the United States Attorney's Office for the District of South Dakota located at 325 South 1st Avenue, Suite 300, Sioux Falls, South Dakota 57104. Dan Meinke of Computer Forensic Resources, Inc., will review the materials at that location. The review is necessary for effective representation.

Defense counsel has contacted Assistant United States Attorney Heather Sazama about this motion and she has no objection.

Dated this 20th day of January, 2023.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        /s/ *Ellie Bastian*
        Ellie Bastian
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        655 Omaha Street, Suite 100
        Rapid City, SD 57701
        Telephone: 605-343-5110
        Facsimile: 605-343-1498
        filinguser_SDND@fd.org