UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| GARY HECKEL, | |
| Defendant. | |

The undersigned defendant stipulates that the following facts are true and the parties agree they establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On August 3, 2021, Internet Crimes Against Children (ICAC) Investigator Jesse Fagerland began investigating a NCMEC CyberTip submitted by Dropbox. The CyberTip incident returned to an Internet Protocol (IP) address registered to Gary Heckel's email address and physical address in Rapid City, South Dakota. The files in the CyberTip contained an image of minor male, aged approximately 11-12 years old, with his erect penis exposed, and a 4:52 video recording of the same minor masturbating in his vehicle.

Based on the contents of the CyberTip, Investigator Fagerland obtained a search warrant for the DropBox account associated with the CyberTip and Gary Heckel. The DropBox return contained 62 files depicting child pornography. Nearly all the files in the DropBox account contained sexually explicit depictions

of naked minor males between the ages of 6 and 14. The DropBox search warrant return contained the video recording in the original CyberTip.

After reviewing Heckel's DropBox account contents, Investigator Fagerland obtained a search warrant for Heckel's residence. Law enforcement officers seized dozens of electronic storage devices during the search. Heckel agreed to speak to Investigator Fagerland. Heckel admitted looking at "all kinds" of pornography. Heckel admitted receiving child pornography and sending links of child pornography to others.

Forensic Examiner Hollie Strand examined Heckel's electronic devices. On just one of Heckel's hard drives, she located 84,001 images of child pornography, 45,773 of which were unique files. Strand located 46,466 videos of child pornography, 23,509 of which were unique files. Of those child pornography files, 38 files depicted bestiality, 22 of which were unique files. 871 of the child pornography files depicted infants or toddlers, 454 of which were unique files. 1,200 of the child pornography files depicted the use of violence against the minors, 646 of which were unique files. Strand located hundreds of additional depictions of child pornography on several other devices belonging to Heckel.

DropBox operates solely on the internet and none of the devices Heckel used to receive or possess child pornography were manufactured in South Dakota.

Type text here

|  |  |
|---|---|
| 3/22/2023 | ALISON J. RAMSDELL<br>United States Attorney<br><br>*Heather Sazama*<br><br>HEATHER SAZAMA<br>Assistant United States Attorney<br>515 9th Street #201<br>Rapid City, SD 57701<br>Telephone: (605) 342-7822<br>E-Mail: Heather.Sazama@usdoj.gov |
| Date |  |
| 3/22/23 | *[signature]*<br><br>GARY HECKEL<br>Defendant |
| Date |  |
| 3/22/23 | *[signature]*<br><br>ELLIE BASTIAN<br>Attorney for Defendant |
| Date |  |