UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>GARY HECKEL,<br><br>     Defendant. | CR. 22-50141-JLV<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR PLEA |

  Plaintiff and defendant have entered into a plea agreement and statement of factual basis.   It is

  ORDERED that this case is referred to U.S. Magistrate Judge Daneta Wollmann for the purpose of scheduling and receiving the plea in this case. Judge Wollmann shall issue a report and recommendation to the district court as provided by 28 U.S.C. § 636(b)(1).

  IT IS FURTHER ORDERED that if defendant does not consent to a magistrate judge presiding over the guilty plea proceeding, a change of plea hearing will be scheduled by the district court.

  Dated March 22, 2023.

          BY THE COURT:

          /s/ *Jeffrey L. Viken*
          JEFFREY L. VIKEN
          UNITED STATES DISTRICT JUDGE