IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY HECKEL,<br><br>Defendant. | Cr. No. 22-50141<br><br>CONSENT AND WAIVER |

Pursuant to 28 U.S.C. Section 636(b)(1) and (3), I, Gary Heckel, hereby expressly consents that United States Magistrate Judge Daneta Wollmann may preside over my guilty plea proceedings and accept my guilty plea, and issue a report and recommendation to the District Court as provided by 28 U.S.C. Section 636(b)(1). Further, I expressly waive my right to object to the report and recommendation.

3/24/23
Date

Gary Heckel, Defendant

3/24/23
Date

Ellie Bastian, Attorney for Defendant

\*\*\*\*\*\*\*\*\*\*\*

Consented to and waived by United States:

Heather Sazama
Assistant United States Attorney