UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>GARY HECKEL,<br><br>                Defendant. | CR. 22-50141-JLV<br><br>ORDER ACCEPTING PLEA AND SENTENCING SCHEDULING ORDER |

On March 24, 2023, defendant appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to count I of the indictment and adjudge defendant guilty of receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A). Defendant and the government waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 43) is adopted in full, the plea is accepted and the defendant is adjudged guilty of receipt of child pornography as charged in count I of the indictment.

IT IS FURTHER ORDERED that the sentencing hearing and any necessary evidentiary hearing regarding sentencing shall be held on **Friday, July 7, 2023, at 3 p.m.**, in Courtroom 1 of the Andrew W. Bogue United States Courthouse, 515 Ninth Street, Rapid City, South Dakota.

IT IS FURTHER ORDERED that if either party believes an interpreter is necessary for this court proceeding, counsel shall notify the Clerk of Court in

writing. The notice shall specify whether an interpreter is needed for the defendant or a witness. If interpreter services are needed for more than an hour, counsel shall give the Clerk of Court at least two weeks' notice. If interpreter services are needed for less than an hour, counsel shall give the Clerk 48 hours' notice.

Dated April 25, 2023.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE