UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | |
| vs. | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| GARY HECKEL, | |
| Defendant. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters her appearance as counsel in this case for the Plaintiff, United States of America, and the withdrawal of previous counsel for the Plaintiff, Heather Sazama.

Dated this 17th day of May, 2023.

ALISON J. RAMSDELL
United States Attorney

*/s/ Sarah B. Collins*

Sarah B. Collins
Senior Litigation Counsel
515 9th Street, Suite 201
Rapid City, SD 57701
Telephone: (605) 342-7822
E-Mail: Sarah.B.Collins@usdoj.gov