IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY HECKEL,<br><br>Defendant. | Cr. No. 22-50141<br><br>UNOPPOSED MOTION TO EXTEND TIME WITHIN WHICH TO FILE SUPPORT LETTERS |

Comes now, Gary Heckel, Defendant above named, by and through his attorney, Assistant Federal Public Defender Ellie Bastian, and moves the Court for its order extending by two months, until July 23, 2023, the time within which to file support letters.

As grounds, Defendant states:

1. By prior Order of this Court, the deadline for filing support letters is 28 days after the Presentence Investigation Report is filed. May 23 is the date by which Defendant must file support letters.

2. Additional time is needed to receive additional letters which defense counsel believes will be provided by friends and family members.

3. The additional time requested should not alter the schedule for submitting the final version of the presentence report to the Court and should not require a change in the date of the sentencing hearing now set for August 14, 2023.

4. AUSA Sarah Collins does not oppose the filing of this motion.

WHEREFORE, Defendant Gary Heckel, requests that the Court extend the time within which he may file support letters to July 23, 2023.

Dated this 22nd of May, 2023.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

 /s/ Ellie Bastian
Ellie Bastian
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South and North Dakota
655 Omaha, Ste 100
Rapid City, SD 57701
Telephone: (605)343-5110
Facsimile: (605)343-1498
filinguser_SDND@fd.org