# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Jeffrey L. Viken United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KLE | Court Reporter – Sheri Not Help Him |
| Courtroom - RC #1 | Date – August 14, 2023 |
| U.S. Probation Officer – Shirley L'Esperance | |

## 5:22-cr-50141-01

| | |
|---|---|
| United States of America | Sarah Collins |
| Plaintiff, | |
| vs. | |
| Gary Heckel | Ellie Bastian |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:31 p.m.   Enter contested sentencing hearing

<u>Sentence</u>: 240 month's imprisonment, 5 year's supervised release and $100 VAF Restitution deferred. Forfeiture ordered by the Court.

The defendant is advised of his appeal rights.

Upon Government Motion the Court dismisses the remaining count of the Indictment.

2:32 p.m.   Court Adjourned.