# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GARY HECKEL, <br><br> Defendant. | CR 22-50141 <br><br> NOTICE OF APPEAL |

Notice is hereby given that Defendant Gary Heckel appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Criminal Case (CR 22-50141 - Doc. 60) entered in this action on August 15, 2023.

Dated this 24th of August, 2023.

    Respectfully submitted,

    JASON J. TUPMAN
    Federal Public Defender
    By:

    */s/ Ellie Bastian*
    Ellie Bastian, Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    655 Omaha Street, Suite 100
    Rapid City, SD 57701
    Telephone: 605-343-5110 Facsimile: 605-343-1498
    Filinguser_SDND@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of August, 2023, a true and correct copy of the foregoing Notice of Appeal was served upon the following person, by electronic mail, as follows:

Sheri Not Help Him
Sheri_nothelphim@sdd.uscourts.gov

                                              */s/ Ellie Bastian*
                                              Ellie Bastian
                                              Attorney for Defendant Gary Heckel