# United States District Court
## District of South Dakota
Office of the Clerk

| | | |
|---|---|---|
| Central/Northern Division<br>P.O. Box 7147<br>Pierre, SD 57501 | Southern Division<br>400 South Phillips,<br>Room 128<br>Sioux Falls, SD 57104 | Western Division<br>515 Ninth Street,<br>Room 302<br>Rapid City, SD 57701 |

Matthew W. Thelen  
Clerk of Court

Telephone  
(605) 330-6600

August 24, 2023

### TRANSMITTAL OF NOTICE OF APPEAL IN A CRIMINAL CASE
(**Prepare a separate Transmittal Form for each defendant.**)

1. **Case Number & Title:** 5:22-cr-50141-JLV; USA v. Heckel
2. **Defendant:** Gary Heckel
   **Prisoner Registry No.:** 19756-510
   **Prisoner's Address:** Washington Co. Jail
   26861 US Highway 34
   Akron, CO 80720
   **Is Defendant incarcerated?** Yes
3. **Date Notice of Appeal filed:** 08/24/2023
4. **Sentence imposed:** 240 months imprisonment, 5 years supervised release and $100 VAF
   **Date sentence imposed:** 08/14/2023
5. **Co-Defendant(s) and case numbers:** N/A
   **Have any Co-Defendants filed a Notice of Appeal?** N/A
   **If yes, date Notice of Appeal and USCOA Case#:** N/A
6. **Date of Plea/Verdict:** 03/24/2023
   **If case went to trial, length of trial:** N/A
7. **Court Reporter:** Sheri Not Help Him
   515 Ninth St.
   Rapid City, SD 57701
   605-399-6007
   Email: sheri_nothelphim@sdd.uscourts.gov
8. **Assistant U.S. Attorney:** Sarah B. Collins
   U.S. Attorney's Office (Rapid City, SD)
   515 Ninth Street, Room 201
   Rapid City, SD 57701
   (605) 342-7822
   Email: sarah.b.collins@usdoj.gov

| | | |
|---|---|---|
| 9. | **Defense Counsel:** | Ellie Bastian<br>Federal Public Defender's Office<br>655 Omaha Street, Suite 100<br>Rapid City, SD 57701<br>605-343-5110<br>Email: ellie_bastian@fd.org |
| | **Was defense counsel appointed/retained?** | Appointed |
| | **Is there any reason why defense counsel should not be appointed on appeal?** | No |
| 10. | **If counsel has been retained, has the filing fee been paid?** | N/A |
| 11. | **Is there a pending motion for IFP?** | No |
| | **If yes, date motion for IFP was filed and document number:** | N/A |
| 12. | **Are there any other pending motions?** | No |
| | **If yes, list pending motions and document numbers:** | N/A |
| 13. | **Does this case involve minor victims or child porn?** | Yes |
| 14. | **Additional comments:** | N/A |

Office of the Clerk