# United States District Court
## District of South Dakota
Office of the Clerk

| Central/Northern Division | Southern Division | Western Division |
|---|---|---|
| P.O. Box 7147 | 400 South Phillips, | 515 Ninth Street, |
| Pierre, SD 57501 | Room 128 | Room 302 |
|  | Sioux Falls, SD 57104 | Rapid City, SD 57701 |

Matthew W. Thelen                                                                                              Telephone
Clerk of Court                                                                                                    (605) 330-6600

September 15, 2023

Scott Lewandoski
Eighth Circuit Court of Appeals
111 South 10th Street, Suite 24.329
St. Louis MO  63102

      Re:    Your File No.: 23-2928
             Our File No.: 22-50141-01
             USA v. Heckel

Dear Scott:

Enclosed please find the following:

- Transcript of 9/6/22 initial appearance, doc 64
- Transcript of Change of Plea, doc 65
- Transcript of Sentencing, doc 67
- Presentence documents

These documents do not need to be returned to our office.  If you have any questions, please feel free to contact our office.

                                                                   Office of the Clerk

Enclosures

Case 5:22-cr-50141-KES   Document 69   Filed 09/15/23   Page 2 of 2 PageID #: 349