UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | ORDER TO SEAL |
| vs. | |
| GARY HECKEL, | |
| Defendant. | |

The United States having moved this Court for an order sealing its Motion to Amend Judgment to Reflect Restitution and the supporting attachments, which were provided on disc, and good cause having been shown therefor, it is hereby

ORDERED that the Motion to Amend Judgment to Reflect Restitution and the supporting attachments, which were provided on disc, shall be sealed.

Dated this _____ day of November, 2023.

BY THE COURT:

_____
Karen E. Schreier
United States District Judge