UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| GARY HECKEL, | |
| Defendant. | |

Comes now the United States of America, by and through its undersigned counsel, and files this Notice of Appearance of Assistant United States Attorney, Carl Thunem as additional counsel of record for the United State of America in the above-captioned matter.

Date: May 1, 2024.

                                              ALISON J. RAMSDELL
                                              United States Attorney

                                              */s/ Carl Thunem*

                                              CARL THUNEM
                                              Assistant United States Attorney
                                              P.O. Box 7240
                                              Pierre, SD   57501-7240
                                              Telephone: (605) 224-5402
                                              Facsimile:  (605) 224-8305
                                              E-mail: Carl.Thunem@usdoj.gov