UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | |
| v. | MOTION FOR PRELIMINARY ORDER OF FORFEITURE |
| GARY HECKEL, | |
| Defendant. | |

The United States of America, by its undersigned counsel, respectfully submits its Motion for Preliminary Order of Forfeiture in the above-entitled case. The motion is being made for the reasons set forth below:

1. On August 18, 2022, an Indictment was filed by the United States against the Defendant. The Indictment charged the Defendant with receipt of child pornography and possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B). The Indictment also contained a forfeiture allegation.

2. On March 22, 2023, a Plea Agreement (Doc. 37) and Factual Basis Statement (Doc. 38) was filed. The Plea Agreement contained an agreement to forfeit the following property in ¶L (hereinafter "the property"):

    a. Western Digital external hard drive with serial number WXN2EA01A2WL;
    b. Western Digital hard drive with serial number WCANKD608800;
    c. Western Digital hard drive with serial number WMAJ94349529;
    d. Cruzer Glide thumb drive, grey and green in color;
    e. Cruzer Glide thumb drive, orange and grey in color;
    f. two DVDs;

      g. HP laptop with serial number CND8233T3Q; and
      h. HP computer tower with serial number 2MD1190CWM.

The Defendant entered a guilty plea to Count I of the Indictment on March 24, 2023.

    3. The property at issue in the forfeiture was involved in or used in the violation of or facilitated the commission of 18 U.S.C. § 2252A(a)(2)(A). Plaintiff seeks this preliminary order of forfeiture to provide notice of the forfeiture to any other interested parties.

    4. Based upon the evidence set forth in the Defendant's Plea Agreement and Statement of Factual Basis, the United States has established the requisite nexus between the property and the offense to which the Defendant pled guilty.

    5. Upon the issuance of a preliminary order of forfeiture, the United States will publish notice of this order, notice of Homeland Security Investigations' intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the Defendant having or claiming a legal interest in the property must file a petition with the court (and serve a copy on Assistant United States Attorney Carl Thunem, P.O. Box 7240, Pierre, SD 57501) within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. The United States shall give notice to the unknown potential claimants via the official Internet government forfeiture website for thirty consecutive days pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Cases.

    This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by

the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the preliminary order of forfeiture, as a substitute for published notice as to those persons so notified.

WHEREFORE, the United States respectfully requests that this court enter a preliminary order forfeiting to the United States the property described in the Indictment, and order Homeland Security Investigations to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

Date: May 1, 2024.

ALISON J. RAMSDELL
United States Attorney

*/s/ Carl Thunem*

_____
CARL THUNEM
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501-7240
Telephone: (605) 224-5402
Facsimile: (605) 224-8305
E-mail: Carl.Thunem@usdoj.gov