UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-50141 |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| GARY HECKEL, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on May 1, 2024, ordering the Defendant to forfeit certain property (the Subject Property), specified as follows:

a. Western Digital external hard drive with serial number WXN2EA01A2WL;
b. Western Digital hard drive with serial number WCANKD608800;
c. Western Digital hard drive with serial number WMAJ94349529;
d. Cruzer Glide thumb drive, grey and green in color;
e. Cruzer Glide thumb drive, orange and grey in color;
f. two DVDs;
g. HP laptop with serial number CND8233T3Q; and
h. HP computer tower with serial number 2MD1190CWM.

Notice of the Preliminary Order of Forfeiture was given by publication from May 15, 2024, through and including June 13, 2024. No timely claim has been filed.

The Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above are hereby condemned forfeited, and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

DATED: _____

BY THE COURT:

_____
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE